| To: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, DC 20559** | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ Action | ☐ Appeal | **Court Name and Location:** | U.S. District Court<br>333 Lomas Blvd, N.W.<br>Albuquerque, NM 87102 |
|---|---|---|---|
| **Docket No.**<br>10cv0046WJ/WDS | **Date Filed** 1/15/10 | | |
| **Plaintiff(s)**<br>Falcon Industries, Inc. | | **Defendant(s)**<br>Austin Precision Products, Inc. d/b/a LaRue Tactical | |

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| 1. | **Please see attached docket sheet w/complaint & case-related documents.** | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included:

| Date Included | Included By<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| Copyright Registration No. | Title of Work | Author of Work |
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order of judgment together with the written opinion, if any, of the court is attached.

| Copy Attached<br>☐ Order   ☐ Judgment | Written Opinion Attached<br>☐ Yes   ☐ No | Date Rendered |
|---|---|---|

| **Clerk**   Matthew J. Dykman | **(By) Deputy Clerk**<br>Karen D. Francisco | **Date**   1/15/2010 |
|---|---|---|

*U.S. GPO 1982-37-279

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights